UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ALAN SCHNEIDER ) | |
| ) | Case No.1:09cv1749 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| TEAMSTERS LOCAL 407, ) | |
| UNITED PARCEL SERVICE ) | Judge Christopher A. Boyko |
| Defendants. ) | |
| ) | |
| ) | |

On January 14, 2010, Defendant United Parcel Service filed a Motion to Dismiss (Dkt. #17), and on January 15, 2010, Defendant Teamsters Local 407 filed a Motion for Summary Judgment (Dkt.#18). The motions were referred to Magistrate Judge Kenneth S. McHargh for a Report and Recommendation pursuant to Local Rule 72.2 (Dkt. # 27). On May 10, 2010, the Magistrate Judge recommended that both motions be granted and Plaintiff's Complaint be dismissed (Dkt. # 28).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge McHargh's Report and Recommendation is **ADOPTED** and Defendant, United Parcel Service's Motion to Dismiss is granted, Defendant, Teamsters Local 407's Motion for Summary Judgment is granted, and the complaint is dismissed**.**

IT IS SO ORDERED.

Dated: May 27, 2010

                                            *S/Christopher A. Boyko*
                                            CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

Case: 1:09-cv-01749-CAB Doc #: 29 Filed: 05/27/10 2 of 2. PageID #: 389